1
2
3
4                    UNITED STATES DISTRICT COURT
5                        DISTRICT OF NEVADA
6                              * * *
7   FREESTREAM AIRCRAFT (BERMUDA)            Case No. 2:16-CV-1236 JCM (NJK)
    LIMITED and ALIREZA ITTIHADIEH,
8                                                        ORDER
                              Plaintiff(s),
9
        v.
10
    AERO LAW GROUP and JOHN SCHMIDT,
11
                              Defendant(s).
12

13        Presently before the court is defendant John Schmidt's motion for demand for security of
14   costs. (ECF No. 14). Defendant asks that plaintiff file security of costs in the amount of $500.00
15   in favor of the defendant pursuant to NRS 18.130(1) because plaintiff is a non-resident of Nevada.
16        The Ninth Circuit recognizes that "federal district courts have inherent power to require
17   plaintiffs to post security for costs." *Simulnet E. Assocs. v. Ramada Hotel Operating Co*., 37 F.3d
18   573, 574 (9th Cir. 1994). A federal district court typically follows the forum state's practice
19   regarding security of costs, particularly when a party is a non-resident. *See, e.g.*, 10 Charles Alan
20   Wright & Arthur R. Miller, Federal Practice and Procedure § 2671 (3d ed. 1998). Nevada Revised
21   Statute 18.130 provides that the court may require an out-of-state plaintiff to post a security for
22   costs in an amount up to $500.00 upon request by a defendant. Nev. Rev. Stat. 18.130.
23        This court finds it appropriate to order security of costs in this matter.
24        Accordingly,
25        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for
26   demand for security of costs, (ECF No. 14), be, and the same hereby is, GRANTED.
27   . . .
28

**James C. Mahan**
**U.S. District Judge**

1     IT IS FURTHER ORDERED that plaintiff shall post security in the amount of $500.00

2   within seven (7) days of the entry of this order.

3     DATED June 28, 2016.

4   _____
    UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**