BOIES SCHILLER FLEXNER LLP
DOUGLASS A. MITCHELL
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Tel: (702) 382-7300
Fax: (702) 382-2755
dmitchell@bsfllp.com

BOIES SCHILLER FLEXNER LLP
COURTNEY ROCKETT (*pro hac vice*)
MARC AYALA (*pro hac vice*)
MARY KATE GEORGE (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8300
crockett@bsfllp.com
mayala@bsfllp.com
mgeorge@bsfllp.com

*Attorneys for Plaintiffs Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>Aero Law Group and John Schmidt,<br>　　　　　Defendants. | Case No.: 2:16-cv-01236-JCM-NJK<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF IEVGENIIA P. VATRENKO AS COUNSEL OF RECORD FOR FREESTREAM AIRCRAFT (BERMUDA) LIMITED AND ALIREZA ITTIHADIEH** |

| | |
|---|---|
| 1 | TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF |
| 2 | RECORD: |

PLEASE TAKE NOTICE that Ievgeniia P. Vatrenko, identified as counsel of record for Plaintiffs Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh, is no longer associated with the law firm of Boies Schiller Flexner LLP. Accordingly, Ms. Vatrenko should be removed as counsel of record for Plaintiffs in the above captioned case and should also be removed from all applicable service lists, including Notices of Electronic Filing in the Court's CM/ECF system. Other attorneys at the law firm of Boies Schiller Flexner LLP continue to represent Plaintiffs in this matter.

November 27, 2018
Armonk, New York

BOIES SCHILLER FLEXNER LLP
By: /s/ Marc Ayala

Douglass A. Mitchell
Nevada Bar No. 3775
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
dmitchell@bsfllp.com

Courtney Rockett (*pro hac vice*)
Marc Ayala (*pro hac vice*)
Mary Kate George (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
crockett@bsfllp.com
mayala@bsfllp.com
mgeorge@bsfllp.com

*Attorneys for Plaintiffs Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh*

IT IS SO ORDERED.
Dated:  November 27, 2018
.
_____
Nancy J. Koppe
United States Magistrate Judge

2