| | |
|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP |
| | DOUGLASS A. MITCHELL |
| 2 | 300 South Fourth Street, Suite 800 |
| | Las Vegas, NV 89101 |
| 3 | Tel: (702) 382-7300 |
| | Fax: (702) 382-2755 |
| 4 | dmitchell@bsfllp.com |

BOIES SCHILLER FLEXNER LLP
COURTNEY ROCKETT (*pro hac vice*)
IAN M. DUMAIN (*pro hac vice*)
MARC AYALA (*pro hac vice*)
MARY KATE GEORGE (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8300
crockett@bsfllp.com
idumain@bsfllp.com
mayala@bsfllp.com
mgeorge@bsfllp.com

*Attorneys for Plaintiffs Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh, <br><br> Plaintiffs, <br><br> v. <br><br> Aero Law Group and John Schmidt, <br><br> Defendants. | Case No.: 2:16-cv-01236-JCM-NJK <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE OF IAN M. DUMAIN AS COUNSEL OF RECORD FOR FREESTREAM AIRCRAFT (BERMUDA) LIMITED AND ALIREZA ITTIHADIEH** |

| | |
|---|---|
| 1 | TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF |
| 2 | RECORD: |
| 3 | PLEASE TAKE NOTICE that Ian M. Dumain, identified as counsel of record for |
| 4 | Plaintiffs Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh, hereby withdraws as |
| 5 | Plaintiffs' counsel of record from the above captioned case and respectfully requests that his name |
| 6 | be removed from all applicable service lists, including Notices of Electronic Filing in the Court's |
| 7 | CM/ECF system. Other attorneys at the law firm of Boies Schiller Flexner LLP continue to |
| 8 | represent Plaintiffs in this matter. |

November 27, 2018
Armonk, New York

BOIES SCHILLER FLEXNER LLP

By: /s/ Ian M. Dumain

Douglass A. Mitchell
Nevada Bar No. 3775
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
dmitchell@bsfllp.com

Courtney Rockett (*pro hac vice*)
Ian M. Dumain (*pro hac vice*)
Marc Ayala (*pro hac vice*)
Mary Kate George (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
crockett@bsfllp.com
idumain@bsfllp.com
mayala@bsfllp.com
mgeorge@bsfllp.com

*Attorneys for Plaintiffs Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh*

IT IS SO ORDERED.
Dated: November 27, 2018
.
_____
Nancy J. Koppe
United States Magistrate Judge