BOIES SCHILLER FLEXNER LLP
DOUGLASS A. MITCHELL
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Tel: (702) 382-7300
Fax: (702) 382-2755
dmitchell@bsfllp.com

BOIES SCHILLER FLEXNER LLP
COURTNEY ROCKETT (*pro hac vice*)
MARC AYALA (*pro hac vice*)
MARY KATE GEORGE (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8300
crockett@bsfllp.com
mayala@bsfllp.com
mgeorge@bsfllp.com

*Attorneys for Plaintiffs Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh,<br><br>Plaintiffs,<br>v.<br>Aero Law Group and John Schmidt,<br><br>Defendants. | Case No.: 2:16-cv-01236-JCM-NJK<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS** |

Plaintiffs Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh and Defendants Aero Law Group and John Schmidt (collectively, the "Parties") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on December 3, 2018, Defendants filed a Motion for Judgment on the Pleadings (the "Motion");

WHEREAS, the deadline for Plaintiffs' opposition to the Motion is currently December 17, 2018 (the "Deadline");

WHEREAS, the Parties have agreed to the Deadline being extended to January 16, 2019, due to Plaintiffs' counsel having a trial scheduled in December, travel conflicts, and in light of the December holidays;

WHEREAS, no other case deadlines will be affected by this change in schedule;

NOW, THEREFORE, the Parties stipulate, and request that the Court order, that the Deadline be moved from December 17, 2018 to January 16, 2019.

Dated: December 5, 2018

LIPSON NEILSON P.C.

By: _____
Joseph P. Garin (Bar No. 6653)
Angela T. Nakamura Ochoa
(Bar No. 10164)

*Attorneys for Defendants Aero Law Group and John Schmidt*

Dated: December 5, 2018

BOIES SCHILLER FLEXNER LLP

By: _____
Douglass A. Mitchell (Bar No. 3775)
Courtney Rockett (*pro hac vice*)
Marc Ayala (*pro hac vice*)
Mary Kate George (*pro hac vice*)

*Attorneys for Plaintiffs Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 14, 2018

## ATTESTATION OF FILER

The signatories to this document are Angela Ochoa and me, and I have obtained her concurrence to file this document on her behalf.

Dated: December 5, 2018

                                                BOIES SCHILLER FLEXNER LLP

                                                By: _____
                                                      Marc Ayala

                                              *Attorneys for Plaintiffs Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh*