LIPSON NEILSON P.C.
Joseph P. Garin (Bar No. 6653)
Angela T. Nakamura Ochoa (Bar No. 10164)
Jonathan K. Wong (Bar No. 13621)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com

Attorneys for Defendants
*Aero Law Group and John Schmidt*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh,<br><br>Plaintiffs,<br><br>vs.<br><br>Aero Law Group and John Schmidt,<br><br>Defendants | Case No.: 2:16-cv-01236-JCM-NJK<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS** |

Plaintiffs Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh (collectively "Plainitffs"), by and through their attorneys of record, Boies Schiller Flexner LLP, and Defendants, Aero Law Group and John Schmidt (collectively "Defendants") (collectively with Plaintiffs, the "Parties"), by and through their attorneys of record, Lipson Neilson P.C., jointly submit this Stipulation and Proposed Order.

WHEREAS, on December 3, 2018, Defendants filed a Motion for Judgment on the Pleadings (the "Motion");

WHEREAS, on January 16, 2019, Plaintiffs filed their Opposition to Defendants' Motion for Judgment on the Pleadings;

WHEREAS, the deadline for Defendants' reply in support of their Motion is currently January 23, 2019;

WHEREAS, the Parties have agreed to extend the deadline for filing a reply brief

- 1 -

to January 30, 2019, in light of January 21, 2019 being a federal holiday;

WHEREAS, this is the first stipulation for extension of time to file a reply brief in support of the Motion;

WHEREAS, no other case deadlines will be affected by this extension;

NOW, THEREFORE, the Parties stipulate, and request that the Court order, that the deadline for Defendants to file a reply brief be moved from January 23, 2019 to January 30, 2019.

| Dated this 22 day of January, 2019<br>**LIPSON NEILSON, P.C.**<br><br>_____<br>Joseph Garin, Esq. (NV Bar No. 6653)<br>Angela N. Ochoa, Esq. (NV Bar No. 10164)<br>Jonathan Wong, Esq. (NV Bar No. 13621)<br>9900 Covington Cross Drive. Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Defendants* | Dated this 22 day of January, 2019<br>**BOIES SCHILLER FLEXNER, LLP**<br><br>_____<br>Douglass A, Mitchell, Esq. (NV Bar No. 3775)<br>Courtney Rockett, Esq. (pro hac vice)<br>Marc Ayala (pro hac vice)<br>Mary Kate George (pro hac vice)<br>300 South Fourth Street Suite 800<br>Las Vegas, NV 89101<br><br>*Attorneys for Plaintiffs* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 25, 2019