UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREESTREAM AIRCRAFT (BERMUDA) LIMITED and ALIREZA ITTIHADIEH, <br><br> Plaintiff(s), <br><br> v. <br><br> AERO LAW GROUP and JOHN SCHMIDT, <br><br> Defendant(s). | Case No. 2:16-CV-1236 JCM (NJK) <br><br> ORDER |

Presently before the court is the matter of *Freestream Aircraft (Bermuda) Limited et al. v. Aero Law Group et al.*, case number 2:16-cv-1236-JCM-NJK.

On June 3, 2016, plaintiffs Freestream Aircraft (Bermuda) Limited and Alireza Ittihadieh (collectively "plaintiffs") initiated this action against defendants Aero Law Group ("Aero") and John Schmidt. (ECF No. 1). On June 27, 2016, the court ordered plaintiffs to post security for costs in the amount of $500.00 in favor of Aero pursuant to NRS 18.130. (ECF No. 13). On June 28, the court ordered plaintiffs to post security for costs in the amount of $500.00 in favor of Schmidt pursuant to NRS 18.130. (ECF No. 15). On that same day, plaintiffs deposited $1,000.00 with the court. (ECF Nos. 18, 22).

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

On April 5, 2019, the parties entered into a settlement agreement. (ECF No. 78). On April 19, 2019, the court granted the parties' stipulation to dismiss this action with prejudice. *Id*. As this matter is now concluded, the court will disburse to plaintiffs their respective $500.00 security bonds plus interest.

Accordingly,

IT IS SO ORDERED.

DATED April 25, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**